IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02565-RM-MJW

WELLS FARGO INSURANCE SERVICES USA, INC.,

Plaintiff,

v.

GLENN W. MCQUATE,
PAUL PROUTY, and
MARY WONG,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion for a Protective Order (docket no. 26) is GRANTED finding good cause shown. The written Protective Order (docket no. 26-1) is APPROVED and made an Order of Court.

Date: October 23, 2014