IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02565-RM-MJW

WELLS FARGO INSURANCE SERVICES USA, INC.,

Plaintiff,

v.

GLENN W. MCQUATE,
PAUL PROUTY, and
MARY WONG,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Extend Discovery Deadline for Purposes of Depositions Only (Docket No. 44) is GRANTED for good cause shown. It is further ORDERED that:

- The Scheduling Order (Docket No. 24) is AMENDED such that the discovery cut-off is extended to April 30, 2015, for the sole purpose of conducting depositions; and

- All other discovery shall be completed by the previously ordered discovery cut-off, March 31, 2015.

Date: March 11, 2015