IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02565-RM-MJW

WELLS FARGO INSURANCE SERVICES USA, INC.,

Plaintiff,

v.

GLENN W. MCQUATE,
PAUL PROUTY, and
MARY WONG,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion to Amend the Scheduling Order (Docket No. 48) is GRANTED for good cause shown.  It is further ORDERED that the Scheduling Order (Docket No. 24) is AMENDED as follows:

- The discovery cut-off is extended to May 23, 2015, for the sole purpose of deposing Cheryl Vandermosten and Dan Hannon; all other depositions shall be completed by April 30, 2015, as previously ordered; and

- The dispositive motions deadline is extended to May 29, 2015.

     It is further ORDERED that the Final Pretrial Conference set for June 25, 2015, at 9:30 a.m. is VACATED and RE-SET for July 30, 2015, at 10:00 a.m.

Date: April 28, 2015