IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 1:14-cv-2565-RM-MJW

WELLS FARGO INSURANCE SERVICES
USA, INC.,

Plaintiff,

v.

GLENN W. MCQUATE,
PAUL PROUTY, and
MARY WONG,

Defendants.

---

**ORDER GRANTING *IN PART* MOTION TO RESTRICT ACCESS TO INADVERTENTLY FILED CONFIDENTIAL DOCUMENTS (ECF No. 75)**

---

The Court, having reviewed Plaintiff's Unopposed Motion to Restrict Access to Inadvertently Filed Confidential Documents (the "Motion") (ECF No. 75) and being fully advised in the premises, GRANTS the Motion, in part. It is ORDERED that while the Motion is pending access to Exhibits 21 (ECF No. 64-24) and 30 (ECF No. 64-33) filed in opposition to Defendants' motion for summary judgment (ECF No. 64) is restricted at the "Level 1" restriction level, limiting access to the parties and the Court. Final resolution of the issue of access to these two Exhibits will be resolved in connection with the merits of the Motion.

DATED this 21st day of July, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge